#

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                 Case Nos.:   3:17cr57/RV/EMT
                                                                                              3:19cv398/RV/EMT

DONALD SANTORIELLO
_____/

# **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 8, 2021 (ECF No. 63.)  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The chief magistrate judge's Report and Recommendation (ECF No. 63) is adopted and incorporated by reference in this order.

Case Nos.:  3:17cr57/RV/EMT; 3:19cv398/RV/EMT

\#

2. Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 56) is **DENIED.**

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 10th day of August 2021.

/s Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case Nos.:  3:17cr57/RV/EMT; 3:19cv398/RV/EMT